# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## SA CR 07 - 0183          CASE SUMMARY          ORIGINAL

Case Number  SA CR _____          Defendant Number  __2_____

U.S.A. v.  Olena Kulakova_____          Date of Birth  1978_____

☒ Indictment     ☐ Information          Investigative Agency (FBI, DEA, etc.)  HHS-OIG, FBI, IRS

**NOTE: All items are to be completed.  Information not applicable or unknown shall be indicated as "N/A".**

## OFFENSE/VENUE

a.  Offense charged as a:     ☐ Petty Offense
    ☐ Misdemeanor ☐ Minor Offense   ☒ Felony
b.  Date of Offense:  7/04-10/04_____
c.  County in which first offense occurred:
    Orange County_____
d.  The crimes charged are alleged to have been committed in:
    CHECK **ALL** THAT APPLY
    ☐ Los Angeles     ☐ Ventura
    ☒ Orange          ☐ Santa Barbara
    ☐ Riverside       ☐ San Luis Obispo
    ☐ San Bernardino  ☐ Other _____
Citation of offense:  18 U.S.C. §1347, 18 U.S.C. §1956(a)(1)(A)
_____

## RELATED CASE
Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   ☒ No      ☐ Yes
    IF YES   Case Number _____

Pursuant to Section 11 of General Order 224, criminal cases may be related if a previously filed indictment or information and the present case:
a.  arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b.  involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: MUST MATCH NOTICE OF RELATED CASE _____
_____

## PREVIOUSLY FILED COMPLAINT
A complaint was previously filed on: _____
    Case Number: _____
    Charging: _____
    _____

The Complaint:    ☐ is still pending
    ☐ was dismissed on: _____

## COMPLEX CASE
Are there 8 or more defendants in the Indictment/Information?
    ☐ Yes*                    ☒ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
    ☐ Yes*                    ☒ No

**\*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.**

## SUPERSEDING INDICTMENT/INFORMATION

This is the _____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:

Case Number: _____

The superseded case:
☐ is still pending before Judge/Magistrate Judge

☐ was previously dismissed on: _____

Are there 8 or more defendants in the superseding case?
    ☐ Yes*                    ☒ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
    ☐ Yes*                    ☒ No

Was a Notice of Complex Case filed on the Indictment of Information?
    ☐ Yes                     ☒ No

**\*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.**

Is an interpreter required: ☐ Yes     ☒ No
IF YES, list language and/or dialect:
_____

CR-72 (07/05)          CASE SUMMARY          Page 1 of 2

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CASE SUMMARY**

## OTHER

☐ Male            ☒ Female

☐ U.S. Citizen    ☒ Alien

Alies Name(s): _____

_____

This defendant is charged in:    ☐ All counts

☒ Only counts: ___1-10_____

☐ This defendant is designated as "High Risk" per
    18 U.S.C. 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per
    18 U.S.C. 3166(b)(7).

Is defendant a juvenile:        ☐ Yes    ☒ No

IF YES, should matter be sealed?  ☐ Yes    ☐ No

The area of substantive law that will be involved in this case
includes:

☐ financial institution fraud    ☐ public corruption

☐ government fraud               ☐ tax offenses

☐ environmental issues           ☐ mail/wire fraud

☒ Other: ___health care fraud/money laundering_____

_____

_____

## CUSTODY STATUS

**Defendant is NOT in custody:**

a. Date and time of arrest on complaint: _____

b. Posted bond at complaint level on: _____
    In the amount of $_____

c. PSA supervision?      ☐ Yes        ☐ No

d. Is a Fugitive?        ☐ Yes        ☐ No

e. Is on bail or release from another district:
    _____

f. ☐ Has not been arrested but will be notified by summons to
    appear.

g. Warrant requested:    ☒ Yes        ☐ No

**Defendant is IN custody:**

a. Place of incarceration:   ☐ State      ☐ Federal

b. Name of Institution: _____

c. If Federal: U.S. Marshal's Registration Number:
    _____

d. ☐ Solely on this charge.  Date and time of arrest: _____

e. On another conviction:    ☐ Yes        ☐ No
    IF YES   ☐ State   ☐ Federal   ☐ Writ of Issue

f. Awaiting trial on other charges:   ☐Yes      ☐ No
    IF YES   ☐ State   ☐ Federal   AND
    Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant
to F.R.CrP.   ____ 20    ____ 21    ____ 400

## EXCLUDABLE TIME

Determinations as to excludable time prior to filing indictment/information EXPLAIN: _____

_____

_____

Date: ___9-11-07_____

_____
*Signature of Assistant U.S. Attorney*

JEANNIE M. JOSEPH
*Print Name*